IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA BROWN, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:15-CV-00488-WHA |
| ALLSTATE PROPERTY AND ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| Defendant. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

In accordance with this Court's order of August 11, 2015 the parties had face-to-face settlement negotiations on Thursday, April 14, 2016. The parties report that this matter could not be settled and mediation would not assist in this case.

Respectfully submitted,

/s/ Aaron J. Luck
Aaron J. Luck (ASB-4040-U73A)

**OF COUNSEL:**
MCPHILLIPS SHINBAUM
516 South Perry Street
Montgomery, AL 36104
Telephone: (334) 262-1911
Facsimile: (334) 263-2321

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys registered, and I have placed a copy of the foregoing to the attorneys not set up for email notification in the United States Mail, postage prepaid and properly addressed, on this the 21st day of April, 2016:

De Martenson, Esq.
Walter J. Price, III, Esq.
Robert Lovelace Blackburn, Esq.
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL  35223-2484

                                          /s/ Aaron J. Luck
                                          Of Counsel