**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| BARBARA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:15cv488-WHA |
| | ) |
| ALLSTATE PROPERTY AND | ) (wo) |
| CASUALTY INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, and previous Orders of the court, Judgment is entered in favor of Allstate Property and Casualty Insurance and against the Plaintiff, Barbara Brown.

Costs are taxed against the Plaintiff.

Done this 2nd day of May, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE